UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DOUBIA DRISSA,                        :
                                          Civil Action No.10-6002(JLL)
                  Petitioner,         :

                  v.                  :    **ORDER**

OSCAR AVILES,et al.                   :

                  Respondents.        :

This matter having come before the Court on Petitioner's
submission of a Petition for Writ of Habeas Corpus pursuant to 28
U.S.C. §2241, and it appearing that:

1.   Petitioner is currently an alien detainee confined at
Hudson County Correctional Facility in Kearny, New Jersey;

2.   Petitioner did not prepay the $5.00 filing fee for a
habeas petition as required by Local Civil Rule 54.3(a);

3.   Plaintiff submitted an application to proceed in forma
pauperis pursuant to 28 U.S.C. § 1915(a)(1); however, the
application was incomplete as Plaintiff only provided page two;

IT IS THEREFORE on this 26 day of Jan , 2011,

ORDERED that the Clerk of the Court shall supply to
Petitioner a blank form, for use by a detainee, Application to
Proceed In Forma Pauperis in a Habeas Corpus Case; and it is
further

ORDERED that, within 30 days of the date of entry of this
Order, Petitioner shall either remit the $5.00 filing fee or
submit a completed and signed in forma pauperis application, with

a certification of Petitioner's institutional account as required by Local Civil Rule 81.2(b); and it is finally

ORDERED that, if Petitioner does not pay the filing fee or submit such a completed, signed, and certified in forma pauperis application within the above 30-day period, the Petition shall be deemed withdrawn and the Clerk of the Court shall close the file in this action without further notice.


_____
HONORABLE JOSE L. LINARES
United States District Judge